UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

IN RE: RICHARD N. LARENCE and
DORIS J. LARENCE

No: 10-11122
Chapter 13

Debtors

**MOTION TO EXTEND TIME TO FILE CHAPTER 13 PLAN**

Now come the Debtors in the above entitled matter, by and through their attorney, and respectfully request that this Honorable Court extend the time to file their Chapter 13 plan until April 13, 2010. In support thereof, the Debtors state the following:

1. The Debtors filed their Chapter 13 petition for relief on March 22, 2010. A notice of missing documents was filed on March 23, 2010 requiring the filing of the missing documents [Chapter 13 plan] by April 6, 2010.

2. Additional time is needed to complete the amended plan and review it by the Debtors and their attorney.

3. The granting of this additional time is in the best interests of justice and will not prejudice the Debtors or any other party in interest.

WHEREFORE, the Debtor respectfully requests additional time to file said amended plan until April 13, 2010.

Dated: April 7, 2010

RICHARD N. LARENCE and
DORIS J. LARENCE
By their attorney,

/s/ David L. Graham

David L. Graham, Esq., #3034
1804 Mineral Spring Avenue
No. Providence, RI 02904
(401) 861-4056

CERTIFICATE OF SERVICE

I, David L. Graham, hereby certify that I have sent a copy of this **MOTION TO EXTEND TIME TO FILE CHAPTER 13 PLAN**, via ECF transmission, to each of the below listed parties on the 7th day of April, 2010.

Parties served:

John Boyajian, Trustee
Boyajian, Harrington & Richardson
182 Waterman Street
Providence, RI 02906

Office of the United States Trustee
10 Dorrance Street, Room 915
Providence, RI 02903

/s/ David L. Graham
_____
David L. Graham